IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

LEE HUNT, as Personal Representative of
the Estate of SEAN BREEDEN, Deceased,

    Plaintiff,

v.                                  No. CIV-15-0233 JB/LAM

NORTH CAROLINA LOGISTICS, INC., et al.,

    Defendants.

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

| | |
|---|---|
| MATTER(S) TO BE HEARD: | Status Conference re: December 2, 2015 Settlement Conference |
| DATE AND TIME OF HEARING: | Monday, November 30, 2015 at 4:00 p.m. (Trailing Docket – 15 minutes) |
| LOCATION: | U.S. Courthouse and Federal Building, 5th Floor, 100 N. Church, Las Cruces, NM, before U.S. Magistrate Judge LOURDES A. MARTÍNEZ |

**The parties shall call into the Court's "meet-me" line at 505-348-2694.** It is recommended that a reliable long-distance carrier be used to ensure sound quality. This line can only accommodate up to six telephone lines, including the Court's. If the parties anticipate that they will exceed this capacity, they must contact the Court immediately so that alternative arrangements may be made.

    IT IS SO ORDERED.

_____
**LOURDES A. MARTÍNEZ
UNITED STATES MAGISTRATE JUDGE**