IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

**LEE HUNT, as personal representative
Of the Estate of SEAN BREEDEN, Deceased,**

    **Plaintiff,**

**v.**                                                                                          **1:15-cv-00233-JB-GJF**

**NORTH CAROLINA LOGISTICS, INC., a
North Carolina corporation,
SANVIL GROUP CORP.,
a Florida corporation,
LEONARDO R. CABRERA-SALGADO,
BENITO A. OLIVA, TRANS DELBUC, LLC
and ANTONIO DELLI COLLI,**

    **Defendants.**

## STIPULATED MOTION TO DISMISS

Plaintiff Lee Hunt, as personal representative of the Wrongful Death Estate of Sean Breeden, moves the Court to dismiss with prejudice all Plaintiff's claims that were or could have been asserted against Defendants North Carolina Logistics, Inc., Sanvil Group Corp., Leonardo R. Cabrera-Salgado, Benito A. Oliva, Trans Delbuc, LLC, and Antonio Delli Colli. Defendants do not oppose this Motion. As grounds for the Motion, Plaintiff states that these parties have reached a settlement.

WHEREFORE, the parties request that the Court enter an Order dismissing all Plaintiff's claims that were or could have been asserted against Defendants North Carolina Logistics, Inc., Sanvil Group Corp., Leonardo R. Cabrera-Salgado, Benito A. Oliva, Trans Delbuc, LLC, and Antonio Delli Colli.



Respectfully Submitted by:

*/s/ Michael E. Sievers*_____
Randi McGinn
Michael E. Sievers
201 Broadway Blvd. SE
Albuquerque, New Mexico 87102
p: (505) 843-6161
f: (505) 242-8227
e: Mike@McGinnLaw.com
- and -

Richard L. Anderson
Price, Smith, Hargett Petho & Anderson
1430 Elizabeth Avenue
Charlotte, NC 28204
p: (704) 372-2160
f: (704) 372-6516
e: rlanderson@carolina.rr.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on September 2, 2016, I filed the foregoing document electronically through the US District Court CM/ECF system, which caused all counsel of record to be served by electronic means, as more fully reflected on the Notice of Electronic filing:

*/s/ Michael E. Sievers*____
**Michael E. Sievers**