IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

SEP 08 2016

MATTHEW J. DYKMAN
CLERK

LEE HUNT, as personal representative
Of the Estate of SEAN BREEDEN, Deceased,

    Plaintiff,

v.                                       1:15-cv-00233-JB-GJF

NORTH CAROLINA LOGISTICS, INC., a
North Carolina corporation,
SANVIL GROUP CORP.,
a Florida corporation,
LEONARDO R. CABRERA-SALGADO,
BENITO A. OLIVA, TRANS DELBUC, LLC
and ANTONIO DELLI COLLI,

    Defendants.

## ORDER GRANTING STIPULATED MOTION TO DISMISS

THIS MATTER having come before the Court on the Stipulated Motion to Dismiss, the Court having reviewed the motion, and otherwise being fully advised in the premises, finds that the Motion is well taken and should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that all claims that were or could have been asserted against Defendants North Carolina Logistics, Inc., Sanvil Group Corp., Leonardo R. Cabrera-Salgado, Benito A. Oliva, Trans Delbuc, LLC, and Antonio Delli Colli are dismissed with prejudice. This Order does not affect Plaintiff's proposed claims against M&E Family Transport, Inc. and John Cutino.

IT IS SO ORDERED

DATED: 9/3/16

_____
HON. JAMES BROWNING
United States Judge



Respectfully Submitted by:

*/s/ Michael E. Sievers*
Randi McGinn
Michael E. Sievers
201 Broadway Blvd. SE
Albuquerque, New Mexico 87102
p: (505) 843-6161
f: (505) 242-8227
e: Mike@McGinnLaw.com
- and -

Richard L. Anderson
Price, Smith, Hargett Petho & Anderson
1430 Elizabeth Avenue
Charlotte, NC 28204
p: (704) 372-2160
f:  (704) 372-6516
e:  rlanderson@carolina.rr.com

*Attorneys for Plaintiff*

**APPROVED BY:**

Approved via e-mail on 9/2/2016
_____
S. Carolyn Ramos (scramos@btblaw.com)
Brett C. Eaton (bceaton@btblaw.com)
Butt, Thornton & Baehr, PC
4101 Indian School Blvd., NE, Suite 300
Albuquerque, NM 87110
*Attorneys for Defendant North Carolina Logistics, Inc.*

Approved via e-mail on 9/2/2016
_____

Cord D. Borner, Esq.
(cborner@atwoodmalone.com)
Atwood, Malone, Turner & Sabin
400 N. Pennsylvania Ave., Suite 1100
Roswell, NM 88202
*Attorney for Defendant Leonardo Cabrera-Salgado*

Approved via e-mail on 9/2/2016

_____
Lawrence H. Hill (hillm@civerolo.com)
Megan Day Hill (hill@civerolo.com)
P.O. Drawer 887
Albuquerque, NM 87103
*Attorneys for Defendant Benito Oliva*

Approved via e-mail on 9/2/2016

_____
Tim L. Fields, Esq. (tfields@modrall.com)
Susan Miller Bisong, Esq. (sxb@modrall.com)
Alana M. De Young, Esq. (amd@modrall.com)
Modrall, Sperling, Roehl, Harris & Sisk
P.O. Box 2168
Albuquerque, NM 87103
*Attorneys for Defendant Sanvil Group Corp.*

Approved via e-mail on 9/2/2016

_____
David Bunting, Esq. (dbunting@rodey.com)
Rodey, Dickason, Sloan, Akin & Robb, P.A.
PO Box 1888
Albuquerque, NM 87103
*Attorney for Defendant Antonio Delli Colli*

Approved via e-mail on 9/2/2016

_____
Seth L. Sparks, Esq. (ssparks@rodey.com)
Tyler M. Cuff, Esq. (tcuff@rodey.com)
Rodey, Dickason, Sloan, Akin & Robb, P.A.
PO Box 1888
Albuquerque, NM 87103
*Attorneys for Defendant Trans Delbuc, LLC*