IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

LEE HUNT, as personal representative
of the Estate of SEAN BREEDEN,
Deceased,

      Plaintiff,

ATLANTIC SPECIALTY INSURANCE,
COMPANY,

      Intervenor Plaintiff,

vs.                                                                     No. CIV 15-0233 JB/GJF

NORTH CAROLINA LOGISTICS, INC., a
North Carolina corporation; SANVIL
GROUP CORP., a Florida corporation;
LEONARDO R. CABREDRA-SALGADO,
Individually; BENITO A. OLIVA,
individually; TRANS DELBUC, LLC and
ANTONIO DELLI COLLI,

      Defendants.

## FINAL JUDGMENT

**THIS MATTER** comes before the Court on: (i) Memorandum Opinion and Order, filed June 23, 2016 (Doc. 218)("MOO"); and (ii) the Court's Order Granting Stipulated Motion to Dismiss, filed September 8, 2016 (Doc. 227). The Court's MOO dismissed Plaintiff-Intervenor Atlantic Specialty Insurance Company with prejudice. See MOO at 2, 31. Further, in accordance with the Court's Order Granting Stipulated Motion to Dismiss, all claims that were or could have been asserted against Defendants North Carolina Logistics, Inc., Sanvil Group, Corp. Leonardo R. Cabrera-Salgado, Benito A. Oliva, Trans Delbuc, LLC, and Antonio Delli Colli, have been dismissed with prejudice.

**IT IS ORDERED** that: (i) final judgment is entered; and (ii) the case is hereby dismissed

with prejudice.

                                                   _____
                                                   UNITED STATES DISTRICT JUDGE

*Counsel:*

Richard L. Anderson
Price, Smith, Hargett, Petho & Anderson
Charlotte, North Carolina

-- and --

Randi McGinn
Michael Sievers
McGinn, Carpenter, Montoya & Love, PA
Albuquerque, New Mexico

       *Attorneys for the Plaintiff*

Alyssa A. Johnson
Ryan L. Woody
Matthiesen, Wickert & Lehrer, S.C.
Hartford, Wisconsin

-- and --

Cody R. Rogers
Miller Stratvert, P.A.
Las Cruces, New Mexico

       *Attorneys for the Intervenor Plaintiff*

S. Carolyn Ramos
Brett C. Eaton
Butt, Thornton & Baehr, P.C.
Albuquerque, New Mexico

       *Attorneys for Defendant North Carolina Logistics, Inc.*

- 3 -

Tim L. Fields
Alana M. De Young
Susana Miller Bisong
Modrall Sperling Roehl Harris & Sisk, P.A.
Albuquerque, New Mexico

    *Attorneys for Defendant Sanvil Group Corp.*

Cord Borner
Atwood, Malone, Turner & Sabin, P.A.
Roswell, New Mexico

    *Attorney for Defendant Leonardo R. Cabrera-Salgado*

Lawrence H. Hill
Megan Day Hill
Lance Dean Richards
Civerolo, Gralow, Hill & Curtis, P.A.
Albuquerque, New Mexico

    *Attorneys for Defendant Benito A. Oliva*

David W. Bunting
Seth Sparks
Tyler M. Cuff
Rodey, Dickason, Sloan, Akin & Robb, P.A.
Albuquerque, New Mexico

    *Attorneys for Defendant Trans Delbuc, L.L.C.*

Andrew W. Horn
Law Offices of Andrew W. Horn, P.A.
Miami, Florida

-- and --

David W. Bunting
Rodey, Dickason, Sloan, Akin & Robb, P.A.
Albuquerque, New Mexico

    *Attorneys for Defendant Antonio Delli Colli*